Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:      (949) 486-1889
Email: r.n@azimynathan.com
           e.a@azimynathan.com

Attorneys of Record for Plaintiff, Joseph Abdullah

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No.: C 06-4784 MJJ |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c) AND ORDER** |
| BAY AREA OIL SUPPLY, INC. dba BURLINGAME 76; TOSCO CORPORATION and Does 1 through 10, inclusive. | |
| Defendants. | |

- 1 -

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**

**RULE 41(a) OR (c) AND ORDER**

PLEASE TAKE NOTICE THAT Plaintiff, Joseph Abdullah, dismisses in its entirety, the above-captioned matter and all Defendants thereto, with prejudice, all parties to bear their own attorneys' fees and costs.

DATED:  January 29, 2007	**AZIMY & NATHAN, LLP**

**BY:** /s/ Reuben D. Nathan, Esq.
Reuben D. Nathan, Esq.
Attorney for Plaintiff, Joseph Abdullah

### ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  ___01/30___, 2007	_____
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins]*

- 2 -

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a) OR (c) AND ORDER**